760

No. 952. EMPIRE STATE CHAIR CO., INC. *v.* BELDOCK, TRUSTEE IN BANKRUPTCY. June 5, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Forstenzer* for petitioner. *Mr. Gustave B. Garfield* for respondent.

No. 959. VAN CAMP SEA FOOD CO., INC. ET AL. *v.* NORDYKE. June 5, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Lasher B. Gallagher* for petitioners. *Mr. Herbert Resner* for respondent.

No. 961. WHITE, ADMINISTRATOR, ET AL. *v.* SINCLAIR PRAIRIE OIL CO. ET AL. June 5, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Neil Burkinshaw, Frank M. Goodwin,* and *Hiram P. White* for petitioners. *Messrs. Edward H. Chandler* and *Summers Hardy* for respondents.

No. 965. SKELLY OIL CO. *v.* AMACKER ET AL. June 5, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. P. Z. German* and *Alvin F. Molony* for petitioner.

No. 990. CROMER *v.* UNITED STATES. June 5, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Levi H. David* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.